# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-6739

**Caption [use short title]**

**Motion for:** Dismissal of Appeal

United States v. Caswell Senior,

**Set forth below precise, complete statement of relief sought:**

An Order granting the Dismissal of the Criminal Appeal

**MOVING PARTY:** Caswell Senior
**OPPOSING PARTY:** United States

☐ Plaintiff  ☐ Defendant
☒ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** James Kousouros, Esq.
**OPPOSING ATTORNEY:** David Felton, AUSA

*[name of attorney, with firm, address, phone number and e-mail]*

Law Offices of James Kousouros
U.S. Attorney's Office, SDNY

260 Madison Avenue, 22nd Floor, New York, NY 10016
One St. Andrew's Plaza, New York, NY 10007

(212) 532-1934; james@kousouroslaw.com
(212) 637-2299; david.felton@usdoj.gov

**Court- Judge/ Agency appealed from:** Judge Philip M. Halpern (SDNY)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☒ Yes  ☐ No (explain): _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No

Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☒ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is the oral argument on motion requested?  ☐ Yes  ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  ☐ Yes  ☒ No  If yes, enter date: _____

**Signature of Moving Attorney:**
/s/ James Kousouros  **Date:** 2024.01.26  **Service:** ☒ Electronic  ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
───────────────────────────────x

UNITED STATES OF AMERICA,

        Appellee,

                **AFFIRMATION IN SUPPORT OF MOTION TO DISMISS APPEAL**

      v.

                Dkt. No. 23-6739

**CASWELL SENIOR,**

        **Defendant-Appellant.**
───────────────────────────────x

    James Kousouros, an attorney admitted to practice before this Court, hereby affirms:

    1.    I am counsel for Defendant-Appellant Caswell Senior in the above-referenced appeal, and make this affirmation in support of my motion to Dismiss the Criminal Appeal on behalf of Mr. Senior pursuant to F.R.A.P. 42(b)(2) and Local Rule 42.2. *See* F.R.A.P. 42(b)(2) "An appeal may be dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court."

    2.    On May 11, 2022, Mr. Senior pled guilty to Racketing Conspiracy (Count 1) and Narcotics Conspiracy (Count 16) of a Superseding Indictment (S6) pursuant to a Plea Agreement. On June 27, 2023, Mr. Senior was sentenced to 188 months in prison on each count to run concurrently. The sentence imposed was within the guidelines range as stipulated to in the Plea Agreement. The Plea Agreement contained an Appeal Waiver, pursuant to which Mr. Senior waived his right to appeal a sentence within or below the stipulated guideline range of 188 to 235 months.

    3.    On July 7, 2023, counsel filed a Notice of Appeal. The deadline to file an Appeal Brief on behalf of Mr. Senior was set as October 25, 2023. After reviewing the plea agreement,

1

the plea transcript, the presentence report, the sentencing transcript and all sentencing submissions, counsel determined that there were no non-frivolous issues to be raised on appeal.

4. On October 23, 2023, counsel filed an Emergency Motion for an Extension of Time to file an Appeal on behalf of Mr. Senior. Counsel had been unable to speak with Mr. Senior to discuss the viability of an appeal, as Mr. Senior was transferred from the MDC to Otisville where he remained for approximately two weeks. He was thereafter transferred to a facility in Oklahoma and then to FCI Tucson in Arizona. The Court granted the extension request to November 15, 2023.

5. Counsel contacted FCI Tucson to request a legal call with Mr. Senior, and a legal call was scheduled for October 26, 2023. The legal call did not take place at the specified date and time, and FCI Tucson upon counsel's inquiry informed counsel that Mr. Senior had been transferred that same day to FCI Phoenix.

6. Counsel was finally able to consult with Mr. Senior, review the prior proceedings and the absence of any non-frivolous issues to be raised on appeal. Mr. Senior consented to a Motion to Dismiss the Appeal. Pursuant to Local Rule 42.2, counsel explained the effect of voluntary dismissal of the appeal and Mr. Senior confirmed his understanding and desire to withdraw and voluntarily dismiss the appeal.

7. Attached to this Motion, as required by Local Rule 42.2, is a copy of Mr. Senior's signed statement, confirming his desire to voluntarily dismiss the appeal.

**WHEREFORE**, request is respectfully made that the Court grant this Motion and Dismiss the Criminal Appeal pending before this Court on behalf of Mr. Senior.

Dated: New York, New York
January 26, 2024

3

                                                    /s/ James Kousouros
James Kousouros, Esq.
The Law Offices of James Kousouros
260 Madison Ave., 22nd Floor
New York, NY 10016
(212) 532-1934
James@kousouroslaw.com

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
_____x

UNITED STATES OF AMERICA,

        Appellee,

        v.

CASWELL SENIOR,

        Defendant-Appellant.
_____x

STATEMENT IN SUPPORT
OF MOTION TO DISMISS
APPEAL

Dkt. No. 23-6739

        Caswell Senior, the Defendant-Appellant in reference to the above-captioned matter hereby affirms:

        1.    I Caswell Senior, am Defendant-Appellant in the above-captioned matter and make this statement in support of my motion to Dismiss my Criminal Appeal.

        2.    I have consulted with my counsel James Kousouros, Esq., and pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Local Rule 42.2 wish to voluntarily dismiss my pending criminal appeal.

        3.    After reviewing with counsel the plea agreement, the plea transcript, all relevant sentencing submissions, the sentencing transcript and the judgment, I agree with counsel that there are no non-frivolous issues to be raised on appeal.

        4.    Counsel has explained the effect of voluntary dismissal of the appeal, I understand counsel's explanation and I consent to the motion to voluntarily dismiss my appeal.

Dated: __, November 2023

                                                                                      Caswell Senior

                                                              Reg. No. 20180-509  
                                                              FCI Phoenix  
                                                              37910 N 45TH AVE  
                                                              Phoenix, AZ 85086